## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| MARK CONNER, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| JEFFERSON COUNTY, ARKANSAS; | * | |
| CITY OF PINE BLUFF ARKANSAS; | * | No. 5:10-cv-00232-SWW-JJV |
| GERALD ROBINSON, Sheriff, Jefferson | * | |
| County, Arkansas; CARL REDUS, Mayor, | * | |
| City of Pine Bluff, Arkansas; and L. | * | |
| WARREN, Transport Officer, W. C. "Dub" | * | |
| Brassell Detention Facility | * | |
| | * | |
| Defendants. | * | |

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.  Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff, Mark Conner, a former inmate of the Arkansas Department of Correction (ADC), filed a *pro se* Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983 alleging deliberate indifference to medical needs and failure to protect.

## I. ANALYSIS

On April 8, 2011, the Court issued an Order (Doc. No. 9) finding Plaintiff's Complaint deficient and invited him to file an Amended Complaint within thirty days. Plaintiff was warned that failure to comply with the Order would result in the dismissal of his Complaint without prejudice. The thirty day period is long since past and Plaintiff has failed to respond to the April 8th Order. The Court, thus, finds that Plaintiff's Complaint (Doc. No. 2) should be DISMISSED without prejudice.

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations, and an accompanying Judgment would not be taken in good faith.

DATED this 16th day of June, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE