**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| MARK CONNER, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| JEFFERSON COUNTY, ARKANSAS; | * | |
| CITY OF PINE BLUFF ARKANSAS; | * | No. 5:10-cv-00232-SWW-JJV |
| GERALD ROBINSON, Sheriff, Jefferson | * | |
| County, Arkansas; CARL REDUS, Mayor, | * | |
| City of Pine Bluff, Arkansas; and L. | * | |
| WARREN, Transport Officer, W. C. "Dub" | * | |
| Brassell Detention Facility | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 8th day of July, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE